# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| CODY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-00307-JM |
| ) | |
| TRANSCO LINES, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE FOR ANDREW R. BREHM TO APPEAR PRO HAC VICE ON BEHALF OF DEFENDANT TRANSCO LINES, INC.**

Defendant, Transco Lines, Inc., for its Motion to admit Andrew R. Brehm to appear *pro hac vice* in the United States District Court for the Eastern District of Arkansas, shows as follows:

1. Mr. Brehm is an attorney with the law firm of Scopelitis, Garvin, Light, Hanson & Feary, P.C., 330 E. Kilbourn Avenue, Suite 827, Milwaukee, WI 53202; telephone number: 414-219-8500; facsimile number: 414-278-0618; e-mail: abrehm@scopelitis.com; and residing at 541 E. Erie Street, #315, Milwaukee, WI 53202; telephone number: 319-310-1962.

2. Since June 2, 2015, Mr. Brehm has been and is presently a member of and in good standing with the Bar of the State of Wisconsin. Please see the attached Certificate of Good Standing issued by the Supreme Court of the State of Wisconsin (*Exhibit A*).

3. Mr. Brehm has been admitted to practice before and is a member in good standing of the following courts:

| Court | Admission Date |
|---|---|
| Wisconsin Supreme Court | 06/02/2015 |
| Illinois Supreme Court | 11/05/2015 |
| Minnesota Supreme Court | 06/29/2022 |
| U.S. District Court for Western District of Wisconsin | 06/02/2015 |
| U.S. District Court for Eastern District of Wisconsin | 08/22/2017 |
| U.S. District Court for Northern District of Illinois | 05/03/2019 |
| U.S. District Court for Western District of New York | 07/10/2019 |
| U.S. District Court for the Western District of Michigan | 10/05/2017 |
| Seventh Circuit Court of Appeals | 04/18/2019 |

4. Transco Lines, Inc. has retained the following local counsel in this case, who is admitted to practice before the United States District Court for the Eastern District of Arkansas, maintains an office in Arkansas, and is available for communications with the court and opposing counsel as required by Local Rule 83.5(d):

> Kerri E. Kobbeman
> Conner & Winters, LLP
> 4375 N. Vantage Drive, Suite 405
> Fayetteville, AR  72703
> 479-582-5711
> 479-587-1426 (fax)
> E-Mail: kkobbeman@cwlaw.com

5. Mr. Brehm agrees to submit to the jurisdiction of the Court in all matters of discipline and affirms the local rules of this Court.

WHEREFORE, Defendant Transco Lines, Inc. respectfully prays that the Court enter an Order granting Andrew R. Brehm *pro hac vice* admission to appear before this Court in this matter, and for all other applicable relief.

Dated: April 18th, 2023.

Respectfully submitted,

 */s/ Kerri E. Kobbeman*
Kerri E. Kobbeman
Ark. Bar No. 2008149
CONNER & WINTERS, LLP
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
479-582-5711
479-587-1426 (fax)
Email:  KKobbeman@cwlaw.com

 */s/ Andrew R. Brehm*
Andrew R. Brehm
SCOPELITIS GARVIN LIGHT HANSON & FEARY
330 E. Kilburn Ave., Ste. 827
Milwaukee, WI 53202
PH: 414-219-8500
FX: 414-278-0618
Email:  abrehm@scopelitis.com

ATTORNEYS FOR DEFENDANT TRANSCO LINES, INC.

4883-6495-8299, v. 1