# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| CODY BROWN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-00307-JM |
| ) | |
| TRANSCO LINES, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE FOR ALVIN JACKSON FINKLEA, III TO APPEAR PRO HAC VICE ON BEHALF OF DEFENDANT TRANSCO LINES, INC.**

Defendant, Transco Lines, Inc., for its Motion to admit Alvin Jackson Finklea, III to appear *pro hac vice* in the United States District Court for the Eastern District of Arkansas, show as follows:

1. Mr. Finklea is an attorney with the law firm of Scopelitis, Garvin, Light, Hanson & Feary, P.C., 10 West Market Street, Suite 1400, Indianapolis, IN 46204; telephone number: 317-637-1777; facsimile number: 317-687-2414; e-mail: jfinklea@scopelitis.com; and residing at 9986 Springwood Ct., McCordsville, IN 46055; cell phone number: 317-459-4502.

2. Since October 16, 2000, Mr. Finklea has been and is presently a member of and in good standing with the Bar of the State of Indiana. Please see the attached Certificate of Good Standing issued by the Supreme Court of the State of Indiana (*Exhibit A*).

3. Mr. Finklea has been admitted to practice before and is a member in good standing of the following courts:

| Name of State or Federal Bar or Court | Date Admitted |
| --- | --- |
| Indiana Supreme Court | 10-16-00 |
| U.S. District Court for the Southern District of Indiana | 10-16-00 |
| U.S. District Court for the Northern District of Indiana | 10-16-00 |
| U.S. District Court for the District of Colorado | 12-27-17 |
| U.S. District Court for North Dakota | 02-08-16 |
| U.S. District Court for the Western District of Tennessee | 08-25-09 |
| U.S. District of Columbia Court of Appeals | 02-29-12 |
| U.S. Court of Appeals for the Fourth Circuit | 03-16-10 |
| U.S. Court of Appeals Six Circuit | 11-18-11 |
| U.S. Court of Appeals Seventh Circuit | 03-25-04 |
| U.S. Court of Appeals Eighth Circuit | 08-06-08 |

4. Transco Lines, Inc. has retained the following local counsel in this case, who is admitted to practice before the United States District Court for the Eastern District of Arkansas, maintains an office in Arkansas, and is available for communications with the court and opposing counsel as required by Local Rule 83.5(d):

> Kerri E. Kobbeman
> Conner & Winters, LLP
> 4375 N. Vantage Drive, Suite 405
> Fayetteville, AR  72703
> 479-582-5711
> 479-587-1426 (fax)
> E-Mail: kkobbeman@cwlaw.com

5. Mr. Finklea agrees to submit to the jurisdiction of the Court in all matters of discipline and affirms the local rules of this Court.

WHEREFORE, Defendant Transco Lines, Inc. respectfully prays that the Court enter an Order granting Alvin Jackson Finklea, III *pro hac vice* admission to appear before this Court in this matter, and for all other applicable relief.

Dated: April 18th, 2023.   Respectfully submitted,

  */s/ Kerri E. Kobbeman*
  Kerri E. Kobbeman
  Ark. Bar No. 2008149
  CONNER & WINTERS, LLP
  4375 N. Vantage Drive, Suite 405
  Fayetteville, AR  72703
  479-582-5711
  479-587-1426 (fax)
  Email:  KKobbeman@cwlaw.com


  */s/ Alvin Jackson Finklea, III*
  Alvin Jackson Finklea, III
  SCOPELITIS GARVIN LIGHT
  HANSON & FEARY, P.C.
  10 West Market Street, Suite 1400
  Indianapolis, IN 46204
  317-637-1777
  317-687-2414 (fax)
  Email:  jfinklea@scopelitis.com

  ATTORNEYS FOR DEFENDANT
  TRANSCO LINES, INC.

4891-4175-6763, v. 1