**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CODY BROWN                                                                                          PLAINTIFF

v.                                              No. 4:23-cv-00307-JM

TRANSCO LINES, INC.                                                                          DEFENDANT

## ORDER

The motions to admit counsel *pro hac vice* on behalf of Defendant are GRANTED. (Document Nos. 6, 7). Andrew R. Brehm and Alvin Jackson Finklea, III are hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 19th day of April, 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE