Generated: Apr 26, 2023 4:37PM                                                                                     Page 1/1

# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Apr 26, 2023 4:37PM

JAY R STARRETT
Scopelitis, Garvin, Light, Hanson, & Feary PC
10 West Market Street, Suite 1400
Indianapolis, IN 46204-2968

4:23cv307-JM

Rcpt. No: 1928    Trans. Date: Apr 26, 2023 4:37PM    Cashier ID: #JP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DARE423LB000101001 | 2 | 100.00 | 200.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $200.00 |
|    |             | Total Due Prior to Payment: | $200.00 |
|    |             | Total Tendered: | $200.00 |
|    |             | Total Cash Received: | $0.00 |
|    |             | Cash Change Amount: | $0.00 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 26 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**Comments:** ANDREW R BREHM ALVIN JACKSON FINKLEA III

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.