IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY BROWN**                                                                                      **PLAINTIFF**

v.                                       No. 4:23-CV-307-JM

**TRANSCO LINES, INC.,**                                                        **DEFENDANTS**

## JOINT RULE 26(f) REPORT

Plaintiff Cody Brown and Defendant Transco Lines, Inc., by and through their respective undersigned counsel, submit the following information in compliance with Federal Rule of Civil Procedure 26(f) and Local Rule 26.1.

Plaintiff affirmatively states that he has filed a Motion to Remand for Lack of Subject Matter Jurisdiction, and that his participation in this Joint Report is not intended to waive any arguments made therein and he maintains the position outlined therein. *See* ECF No. 11.

1. <u>Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).</u>

    Should this action remain in front of this Court, the parties agree to produce and deliver paper or electronic copies of any documents identified in their Initial Disclosures without a formal discovery request, though the parties recognize that they may be unable to produce all such documents on the day Initial Disclosures are due. The parties agree that any documents identified but not produced on the day Initial Disclosures are due are subject to the parties' obligation to supplement their discovery disclosures under the Federal Rules of Civil Procedure.

2. <u>Date when initial disclosures were or will be made.</u>

On or before July 24, 2023, absent a ruling on Plaintiff's Motion to Remand prior to that date.

3. <u>Subjects on which discovery may be needed</u>

    - All of the elements of Plaintiff's claims and Defendant's defenses to those claims, including the applicability of exceptions to the overtime wage claims advanced by Plaintiff;
    - Issues related to willfulness / intent; and
    - Damages

4. <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:</u>

    a. <u>Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;</u>

    The parties anticipate that disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.

    b. <u>the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;</u>

    Unknown at this time.

    c. <u>the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;</u>

    The parties will produce data in electronic format. If the data is ordinarily maintained in paper format, the parties agree to produce the data in electronic format in consecutively paginated bates numbers. The parties agree to produce ESI in electronic format such as PDF, except for spreadsheets, which should be produced in native format such as XLS.

    d. <u>whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;</u>

    The parties have been made aware of the need to maintain the relevant records taken in the ordinary course of business.

    e. <u>other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.</u>

    None known at this time.

5. <u>Date by which discovery should be completed.</u>

Should the case remain in front of this Court, discovery will be completed no later than June 10, 2024.

6. <u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.</u>

The parties consent to the electronic service of all documents that require service on an opposing party, including but not limited to Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the primary e-mail address at which each attorney of record receives ECF filings in this case and to Plaintiff(s) at discovery@sanfordlawfirm.com. The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

7. <u>Any Orders, e.g. protective orders, which should be entered.</u>

    None at this time.

8. <u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.</u>

    None at this time.

9. <u>Any objections to the proposed trial date.</u>

    None at this time.

10. <u>Proposed deadline for joining other parties and amending the pleadings.</u>

    May 9, 2024.

11. <u>Proposed deadline for completing discovery.</u>

June 10, 2024.

12. Proposed deadline for filing motions other than motions for class certification.

    All motions shall be filed on or before July 3, 2024, except for motions in limine, which should be file no later than 14 days before trial.

13. Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.

    None.

14. Estimated number of six-hour trial days needed.

    One to two six-hour trial days.

          Respectfully submitted,

**PLAINTIFF CODY BROWN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Daniel Ford*
Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and    **TRANSCO LINES, INC., DEFENDANT**

CONNER & WINTERS, LLP
4375 North Vantage Drive, Suite 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
Facsimile: (479) 587-1426

Kerri E Kobbeman
Ark. Bar No. 2008149
kkobbeman@cwlaw.com

SCOPELITIS GARVIN LIGHT HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Phone: (317) 637-1777
Facsimile: (317) 687-2414

A. Jack Finlea, *pro hac vice*
jinklea@scopelitis.com

*/s/ Andrew R. Brehm*
Andrew R. Brehm, *pro hac vice*
WI Bar No. 1091306
abrehm@scopelitis.com