IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY BROWN**                                                                                            **PLAINTIFF**

vs.                                    Case No. 4:23-cv-00307-JM

**TRANSCO LINES, INC.**                                                                      **DEFENDANT**

## REPLY IN SUPPORT OF MOTION TO REMAND
## FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant's claim that Plaintiff has invoked federal law by claiming the "FLSA's kickback provision" is mere grasping at straws. Def.'s Br. in Opp. to Pl.'s Mot. to Remand for Lack of Subject Matter Jurisdiction, ECF No. 13, p. 4. According to Defendant, "Arkansas state law has not adopted an illegal kick-back of wages law similar to the FLSA," but the FLSA does not have an explicit anti-kickback provision, either, so by that reasoning Plaintiff has invoked neither body of law. *Id.* Rather, the regulation cited in Plaintiff's Complaint, 29 C.F.R. § 531.35, interprets the FLSA provision that mandates a minimum wage, 29 U.S.C. § 206. The AMWA's mirror provision, Arkansas Code Annotated § 11-4-210, similarly mandates a minimum wage, which is the statute underpinning Plaintiff's claims regarding reimbursements: Defendant's failure to reimburse Plaintiff's expenses caused his effective hourly rate to fall below the statutory minimum, thus violating Arkansas Code Annotated § 11-4-210. *See* Compl. ¶ 27–32.

The FLSA does not contain the phrase "illegal kickback;" it is merely used in the federal regulations that describe and interpret the minimum wage provision. Similarly, Plaintiff cites the regulation to describe and interpret the AMWA's minimum wage provision, as allowed, encouraged, and codified at Arkansas Code Annotated § 11-4-218(f).

Because Plaintiff's claims are fully premised under Arkansas State Law, this lawsuit must be remanded back to state court because this Court lacks subject matter jurisdiction.

Respectfully submitted,

**PLAINTIFF CODY BROWN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Daniel Ford*
Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
