# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CODY BROWN**                                                                                                **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CV-00307-BSM**

**TRANSCO LINES INC**                                                               **DEFENDANT**

## ORDER

Cody Brown's motion to remand [Doc. No. 11] is granted and this case is immediately remanded to the Pulaski County Circuit Court for lack of federal jurisdiction. 28 U.S.C. § 1331. Although plaintiff cites the code of federal regulations in his complaint, it is clear that he is suing only under the Arkansas Minimum Wage Act. *See* Ark. Code Ann. § 11-4-218(f) ("When construing this subchapter, a court may look for guidance to state and federal decisions interpreting the Fair Labor Standards Act of 1938, as amended and codified in 29 U.S.C. § 201 et seq., as it existed on January 1, 2017, which decisions and act shall have persuasive authority only.").

IT IS SO ORDERED this 3rd day of October, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE