# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
#### 600 WEST CAPITOL AVENUE
#### SUITE A149
#### LITTLE ROCK, ARKANSAS   72201

**TAMMY H. DOWNS**  (501)604-5351
    **CLERK**

October 4, 2023

*Via Certified Mail: 7017 2680 0001 0259 4912*

Terri Hollingsworth
Pulaski County Circuit Court Clerk
401 West Markham Street
Little Rock, Arkansas 72201

    Re:    *Brown  v. Transco Lines Inc*
             U.S. District Court Eastern District of Arkansas Case No. 4:23-cv-00307 BSM
             Pulaski County Circuit Court Case No. 60CV-23-00674

Dear Ms. Hollingsworth:

    Attached is a certified copy of an Order dated October 3, 2023, signed by Judge Brian S. Miller which remands the above-styled matter to Pulaski County Circuit Court. Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Pulaski County Circuit Court.

    If you have any questions regarding this matter, please call me at 501-604-5351.

             Sincerely,

             TAMMY H. DOWNS, CLERK

             By: K. Rochelle, Deputy Clerk

Enclosures